UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| GREG RULEY, | |
| Plaintiff, | Civil Action No. 10-CV-142-KKC |
| vs. | |
| RANDALL STOVALL, | **JUDGMENT** |
| Defendant. | |

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that:

1. Ruley's claims under the Kentucky Constitution are **DISMISSED WITHOUT PREJUDICE**; in all other respects, his Complaint [R. 2] is **DISMISSED WITH PREJUDICE**.

2. Judgment is **ENTERED** in favor of the defendant.

Dated this 27th day of March, 2012.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge